# United States District Court
# For The Western District of North Carolina
# Statesville Division

STEPHEN G. STERNER,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          5:10CV166

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2012 Order.

                                      Signed: January 6, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court